UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW EMMONS,

   Plaintiff,

                                        CASE NO.: 8:18-CV-01954-CEH-SPF

-vs-

CREDIT PROTECTION
ASSOCIATION, L.P.,

   Defendant.
_____/

### NOTICE OF SETTLEMENT

Plaintiff, Andrew Emmons, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 19th day of November, 2018 to: Ruel W. Smith, Esquire, and Andrew J.J. Collinson, Esquire, 100 South Ashley Drive, Suite 500, Tampa, Florida 33602-5301 (rsmith@hinsshawlaw.com; acollinson@hinshawlaw.com).

                                            */s/Frank H. Kerney, III, Esquire*
                                            Frank H. Kerney, III, Esquire
                                            Florida Bar #: 88672
                                            Morgan & Morgan, Tampa, P.A.
                                            One Tampa City Center
                                            201 North Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Telephone: (813) 223-5505
                                            Facsimile:  (813) 223-5402
                                            fkerney@forthepeople.com
                                            snazario@forthepeople.com
                                            *Counsel for Plaintiff*