UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW EMMONS,

   Plaintiff,                               CASE NO.:  8:18-CV-01954-CEH-SPF

-vs-

CREDIT PROTECTION
ASSOCIATION, L.P.,

   Defendant.

_____/

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

COME NOW the Plaintiff, Andrew Emmons, and the Defendant, Credit Protection Association, L.P., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of December, 2018.

/s/Frank H. Kerney, III, Esquire

Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*

/s/Ruel W. Smith, Esquire

Ruel W. Smith, Esquire
Hinshaw & Culbertson, LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602-5301
Telephone: (813) 868-8831
Facsimile: (813) 276-1956
RSmith@hinshawlaw.com
*Counsel for Defendant*