UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW EMMONS,

    Plaintiff,

v.                                Case No: 8:18-cv-1954-T-36SPF

CREDIT PROTECTION ASSOCIATION,
L.P.,

    Defendant.
_____/

# O R D E R

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 18). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 18).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 2, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record